United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11584-amc
Karl R. Dalrymple                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2          Date Rcvd: Jun 03, 2019
                              Form ID: 152            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2019.
```
db             Karl R. Dalrymple,    1721 31st St. SW,    Allentown, PA 18103-6428
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14288049       Americollect, Inc.,    PO Box 1505,    Manitowoc, WI 54221-1505
14288051      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
              (address filed with court: Caine Weiner,      21210 Erwin St,    Woodland Hills, CA  91367-3714)
14326621       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14288055       Home Depot/CitiBank, N.A.,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14288056       IC Systems,    444 Highway 96 E,    Saint Paul, MN 55127-2557
14288059      +Phelan Hallinan Diamond & Jones, LLP,     1617 JFK Boulevard, Stuie 1400,
               Philadelphia, PA 19103-1821
14307113      +Wilmington Savings Fund Society, FSB, d/b/a Christ,     C/O Kevin G. McDonald,
               701 Market Street, Suite 500,    Philadelphia, PA. 19106-1538
14330308      +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 04 2019 08:06:27
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 04 2019 08:06:57      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14297735       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2019 08:15:37      CACH, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14288050      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2019 08:15:26      Cach, LLC,
               4340 S. Monaco St., Unit 2,    Denver, CO 80237-3485
14302970      +E-mail/Text: legal@castlecredit.com Jun 04 2019 08:07:14      Castle Credit Co Holdings, LLC,
               20 North Wacker Drive, Suite 2275,    Chicago, Illinois 60606-3096
14288052      +E-mail/Text: legal@castlecredit.com Jun 04 2019 08:07:14      Castle Credit Co.,
               8430 W Bryn Mawr Ave,    Chicago, IL 60631-3475
14288053       E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 04 2019 08:07:22
               Credit Control Service,    725 Canton St,    Norwood, MA  02062-2679
14288054       E-mail/Text: bankruptcy.bnc@ditech.com Jun 04 2019 08:06:15      Ditech Financial,    PO Box 6172,
               Rapid City, SD  57709-6172
14288057       E-mail/Text: bncnotices@becket-lee.com Jun 04 2019 08:06:08      Kohl's Payment Center,
               P.O. Box 2983,    Milwaukee, WI  53201-2983
14288060       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2019 08:15:46
               Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA  23541-0000
14330114       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 04 2019 08:15:46
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14294477       E-mail/Text: bnc-quantum@quantum3group.com Jun 04 2019 08:06:20
               Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14288058      ##+Penn Credit,   916 S 14th Street,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                   Date Rcvd: Jun 03, 2019
                              Form ID: 152                Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Debtor Karl R. Dalrymple kevinkk@kercherlaw.com,
               kevin@kercherlaw.com
              SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Karl R. Dalrymple
    Debtor(s)

Case No: 19−11584−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 8/22/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

        For The Court

        Timothy B. McGrath
        Clerk of Court

15
Form 152