# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **KARL DALRYMPLE,** | : | **CHAPTER 13** |
| | : | |
| Debtor | : | BKRTCY. NO. 19-11584 amc |

## ORDER

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Kevin K. Kercher, Esquire, Attorney for Debtor (the "Application") and upon the certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,850.00 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

_____
**ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**

**Date: November 13, 2019**