| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-11584-PMM**

KARL R. DALRYMPLE
1721 31ST ST. SW
ALLENTOWN  PA    18103-6428

Petition Filed Date: 03/15/2019
341 Hearing Date: 04/30/2019
Confirmation Date: 10/17/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2019 | $800.00 | Automatic Payr | 05/31/2019 | $800.00 | Automatic Payr | 07/08/2019 | $800.00 | Automatic Payr |
| 08/05/2019 | $800.00 | Automatic Payr | 08/26/2019 | $800.00 | Automatic Payr | 09/23/2019 | $800.00 | Automatic Payr |
| 10/23/2019 | $800.00 |  | 11/25/2019 | $800.00 |  | 12/26/2019 | $800.00 |  |
| 01/24/2020 | $800.00 |  | 03/02/2020 | $800.00 |  | 03/23/2020 | $800.00 |  |
| 04/23/2020 | $800.00 |  |  |  |  |  |  |  |

**Total Receipts for the Period:  $10,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,710.00 | $1,710.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  002 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 3 | CACH, LLC<br>»»  003 | Unsecured Creditors | $496.55 | $0.00 | $496.55 |
| 4 | CASTLE CREDIT CORPORATION<br>»»  004 | Unsecured Creditors | $3,073.02 | $0.00 | $3,073.02 |
| 5 | BECKET & LEE, LLP<br>»»  005 | Unsecured Creditors | $873.28 | $0.00 | $873.28 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $476.75 | $0.00 | $476.75 |
| 7 | RUSHMORE LOAN MGMT SVCS LLC<br>»»  007 | Mortgage Arrears | $47,720.14 | $6,814.28 | $40,905.86 |
| 8 | CITY OF ALLENTOWN<br>»»  008 | Secured Creditors | $6,423.84 | $917.32 | $5,506.52 |

**Chapter 13 Case No. 19-11584-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,400.00 | Current Monthly Payment: | $1,150.00 |
| Paid to Claims: | $9,441.60 | Arrearages: | $3,800.00 |
| Paid to Trustee: | $958.40 | Total Plan Base: | $64,800.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.