UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

**IN RE:**                                                                    **CASE NO.: 19-11584-pmm**
                                                                                  **CHAPTER 13**

**Karl R. Dalrymple,**
    **Debtor.**

_____/

### **REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                          Robertson, Anschutz, Schneid & Crane LLC
                                          Authorized Agent for Secured Creditor
                                          10700 Abbott's Bridge Road, Suite 170,
                                          Duluth, GA 30097
                                          Telephone: 470-321-7112

                                          By: /s/Charles Wohlrab
                                              Charles Wohlrab
                                              Email: CWohlrab@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KARL R. DALRYMPLE
1721 31ST ST. SW
ALLENTOWN, PA 18103-6428

And via electronic mail to:

LAW OFFICE OF KEVIN K. KERCHER, ESQ, PC
881 THIRD STREET  SUITE C-2
WHITEHALL, PA 18052

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

                                                  By: /s/ Luwam Habtegabir
                                                  Luwam Habtegabir
                                                  Email: lhabtegabir@rascrane.com