United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-11584-pmm
Karl R. Dalrymple  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: ChrissyW      Page 1 of 2
Date Rcvd: Sep 29, 2020      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Karl R. Dalrymple, 1721 31st St. SW, Allentown, PA 18103-6428 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:**

**Name**      **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Wilmington Savings Fund Society cwohlrab@rascrane.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Selene Finance LP as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@rascrane.com

KEVIN G. MCDONALD
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Wilmington Savings Fund Society FSB bkgroup@kmllawgroup.com

KEVIN K. KERCHER
    on behalf of Debtor Karl R. Dalrymple kevinkk@kercherlaw.com kevin@kercherlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: ChrissyW | Page 2 of 2 |
| Date Rcvd: Sep 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

SCOTT WATERMAN
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Karl R. Dalrymple, | : | Case No.   19-11584 - PMM |
| | : | |
| Debtor. | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. #43), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **October 30, 2020,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date:  September 29, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**