## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Karl R. Dalrymple,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 19-11584 PMM |
| | : | |

## ORDER DENYING MOTION FOR RELIEF FROM STAY

**AND NOW**, upon consideration of the Motion for Relief from Stay filed by Selene Finance LP (doc. no. 43, the "Motion") and the Response thereto (doc. no. 45);

**AND** at the hearing on the Motion, hled on September 29, 2020, the parties reported that the Motion had been settled;

**AND** the court having an entered an Order on September 29, 2020 directing the parties to file the reported stipulation on or before October 30, 2020 (doc. no. 46). The Order specified that failure timely to file the stipulation may result in denial of the Motion without further notice or hearing;

**AND** no stipulation has been filed on the docket and the parties have taken no further action with regard to the Motion;

It is therefore **ordered** that the Motion is **denied**.

Date: **November 6, 2020**

                                        **PATRICIA M. MAYER**
                                        **U.S. BANKRUPTCY JUDGE**