United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 19-11584-pmm
Karl R. Dalrymple                                                                Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4             User: Adminstra             Page 1 of 2
Date Rcvd: Nov 06, 2020           Form ID: pdf900            Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Karl R. Dalrymple, 1721 31st St. SW, Allentown, PA 18103-6428 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2020             Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

**Name**             **Email Address**

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor Wilmington Savings Fund Society cwohlrab@rascrane.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor Selene Finance LP  as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@rascrane.com

KEVIN G. MCDONALD
     on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
     on behalf of Creditor Wilmington Savings Fund Society  FSB bkgroup@kmllawgroup.com

KEVIN K. KERCHER
     on behalf of Debtor Karl R. Dalrymple kevinkk@kercherlaw.com  kevin@kercherlaw.com

REBECCA ANN SOLARZ
     on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

District/off: 0313-4 | User: Adminstra | Page 2 of 2
Date Rcvd: Nov 06, 2020 | Form ID: pdf900 | Total Noticed: 1

SCOTT WATERMAN
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Karl R. Dalrymple, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 19-11584 PMM |
| | : | |

**ORDER DENYING MOTION FOR RELIEF FROM STAY**

   **AND NOW**, upon consideration of the Motion for Relief from Stay filed by Selene Finance LP (doc. no. 43, the "Motion") and the Response thereto (doc. no. 45);

   **AND** at the hearing on the Motion, hled on September 29, 2020, the parties reported that the Motion had been settled;

   **AND** the court having an entered an Order on September 29, 2020 directing the parties to file the reported stipulation on or before October 30, 2020 (doc. no. 46). The Order specified that failure timely to file the stipulation may result in denial of the Motion without further notice or hearing;

   **AND** no stipulation has been filed on the docket and the parties have taken no further action with regard to the Motion;

It is therefore **ordered** that the Motion is **denied**.

Date: **November 6, 2020**     _____
               **PATRICIA M. MAYER**
               **U.S. BANKRUPTCY JUDGE**