## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:**<br>**Karl R. Dalrymple,**<br>    Debtor,<br>**Selene Finance LP, as Attorney in Fact for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust,**<br>    Movant.<br>v.<br>**Karl R. Dalrymple,**<br>    Debtor/Respondent.<br>**Scott F. Waterman, Esquire,**<br>    Trustee/Respondent. | **Bankruptcy No. 20-10201-pmm**<br><br>**Chapter 13**<br><br>**Hearing Date: January 28, 2021**<br>**Hearing Time: 11:00am**<br>**Location: The Gateway Building**<br>**201 Penn Street, 4th Floor**<br>**Reading, PA 19601** |

**NOTICE OF HEARING DATE FOR MOTION TO VACATE ORDER DENYING MOTION TO VACATE STAY AND ENTER STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Selene Finance LP, as Attorney in Fact for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust has filed a Motion to Vacate; for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the motion, then on or before **January 15, 2021**, **you or your attorney must filed a response to the Motion**. (see Instructions on next page).

    (a) File an answer explaining your position at: **201 Penn Street, Reading, PA 19601**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

    (b) Mail a copy to the movant's attorney:

    Charles G. Wohlrab, Esquire
    Robertson, Anschutz, Schneid & Crane LLC
    10700 Abbott's Bridge Rd., Suite 170
    Duluth, GA 30097

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Judge Patricia M. Mayer** on **January 28, 2021, at 11:00 AM in the 4th Floor Courtroom, United States Bankruptcy Court, 201 Penn Street, Reading, PA 19601.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: December 31, 2020

By: /s/ Charles G. Wohlrab
Charles G. Wohlrab
Robertson, Anschutz, Schneid & Crane, LLC
PA I.D <u>314532</u>
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
Email: cwohlrab@rascrane.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br>**Karl R. Dalrymple,**<br>            Debtor,<br>**Selene Finance LP, as Attorney in Fact for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust,**<br>            Movant.<br>v.<br>**Karl R. Dalrymple,**<br>            Debtor/Respondent.<br>**Scott F. Waterman, Esquire,**<br>            Trustee/Respondent. | **Bankruptcy No. 20-10201-pmm**<br><br>**Chapter 13**<br><br>**Hearing Date: January 28, 2021**<br>**Hearing Time: 11:00am**<br>**Location: The Gateway Building**<br>**201 Penn Street, 4th Floor**<br>**Reading, PA 19601** |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on December 31, 2020, I caused to be served copies of the Notice of Hearing Date for Motion to Vacate Order Denying Motion for Relief upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Karl R. Dalrymple
1721 31st St. SW
Allentown, PA 18103-6428

Patricia M. Dalrymple
1721 31st St. SW
Allentown, PA 18103-6428

Kevin K. Kercher
Law Office of Kevin K. Kercher, Esq, PC
881 Third Street, Suite C-2
Whitehall, PA 18052

Scott F. Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
Email: cwohlrab@rascrane.com