**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br>**Karl R. Dalrymple,**<br>　　　Debtor.<br>**Selene Finance LP, as Attorney in Fact for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust,**<br>　　　Movant.<br>v.<br>**Karl R. Dalrymple,**<br>　　　Debtor/Respondent.<br>**Scott F. Waterman, Esquire,**<br>　　　Trustee/Respondent. | **Bankruptcy No. 19-11584-pmm**<br><br>**Chapter 13**<br><br>**Doc. No.: 48** |

**ORDER OF COURT**

AND NOW, this 28th day of January, 2021, upon consideration of the foregoing Motion to Vacate Order Denying Motion for Relief from Stay and Enter Stipulation Resolving Motion for Relief from Stay, it is hereby **ORDERED**

1. This Court's Order Denying Motion for Relief from Stay entered November 6, 2020 (ECF: 48) is hereby **Vacated**.

2. The Stipulation Resolving Motion for Relief from Stay attached as Exhibit "A" to the Motion to Vacate Order Denying Motion for Relief from Stay and Enter Stipulation Resolving Motion for Relief from Stay is hereby **Approved**.

*Patricia M. Mayer*
_____

Judge Patricia M. Mayer