| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-11584-PMM**

KARL R. DALRYMPLE  
1721 31ST ST. SW  
ALLENTOWN  PA    18103-6428

Petition Filed Date: 03/15/2019  
341 Hearing Date: 04/30/2019  
Confirmation Date: 10/17/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2020 | $800.00 | | 03/02/2020 | $800.00 | | 03/23/2020 | $800.00 | |
| 04/23/2020 | $800.00 | | 09/23/2020 | $4,571.24 | | 10/16/2020 | $1,528.72 | |
| 10/23/2020 | $800.00 | | 02/23/2021 | $2,200.00 | | 03/23/2021 | $800.00 | |
| 04/08/2021 | $2,200.00 | | 04/20/2021 | $400.00 | | 04/23/2021 | $800.00 | |
| 05/24/2021 | $800.00 | | 06/04/2021 | $1,150.00 | | | | |

**Total Receipts for the Period:  $18,449.96    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $25,649.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,710.00 | $1,710.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 001 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 002 | Unsecured Creditors | $100.00 | $0.00 | $100.00 |
| 3 | CACH, LLC  »» 003 | Unsecured Creditors | $496.55 | $0.00 | $496.55 |
| 4 | CASTLE CREDIT CORPORATION  »» 004 | Unsecured Creditors | $3,073.02 | $0.00 | $3,073.02 |
| 5 | BECKET & LEE, LLP  »» 005 | Unsecured Creditors | $873.28 | $0.00 | $873.28 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES  »» 006 | Unsecured Creditors | $476.75 | $0.00 | $476.75 |
| 7 | SELENE FINANCE  »» 007 | Mortgage Arrears | $47,720.14 | $18,229.47 | $29,490.67 |
| 8 | CITY OF ALLENTOWN  »» 008 | Secured Creditors | $6,423.84 | $2,453.96 | $3,969.88 |

**Chapter 13 Case No. 19-11584-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,649.96 | Current Monthly Payment: | $1,150.00 |
| Paid to Claims: | $22,393.43 | Arrearages: | $50.04 |
| Paid to Trustee: | $2,221.53 | Total Plan Base: | $64,800.00 |
| Funds on Hand: | $1,035.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.