**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br>**Karl R. Dalrymple,**<br>      Debtor.<br>**Selene Finance LP, as Attorney in Fact for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust,**<br>      Movant.<br>v.<br>**Karl R. Dalrymple, and**<br>**Scott F. Waterman, Esquire, Trustee**<br>      Respondents. | Bankruptcy No. 19-11584-pmm<br><br>Chapter 13 |

**ORDER VACATING STAY**

AND NOW, upon consideration of Selene Finance LP, as Attorney in Fact for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Selene Finance LP, as Attorney in Fact for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust; and it is further

ORDERED, that Selene Selene Finance LP, as Attorney in Fact for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 1721 SW 31st Street, Allentown, PA 18103, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Selene Finance LP, as Attorney in Fact for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

*Patricia M. Mayer*

**Date: September 21, 2021**

Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge