UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
   Karl R. Dalrymple               : Bankruptcy No. 19-11584 - PMM
                                          :
            Debtor(s)        : Chapter 13

## PRAECIPE

Please withdraw the Chapter 13 Trustee's Final Report and Account filed on or about March 2, 2022 at docket entry number 64 in the above referenced case. This report was filed in error is contains only blank pages.

                                           Respectfully submitted,

March 2, 2022                             */s/ Scott F. Waterman*
                                           Scott F. Waterman, Esq.
                                           Chapter 13 Standing Trustee