## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Karl R. Dalrymple, | : | Chapter 13 |
| | : | |
| | : | Case No.  19-11584 (PMM) |
| | : | |
| Debtor. | : | |

-------------------------------------------------

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 67, the "Motion");

71 is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 66) is **approved**.

*Patricia M. Mayer*

Date:  3/31/22

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**