Certificate Number: 03088-PAE-DE-032519046

Bankruptcy Case Number: 19-11584



03088-PAE-DE-032519046

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2019, at 7:21 o'clock PM CDT, Karl R Dalrymple completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: March 28, 2019      By: /s/Brianna M Glynn

Name: Brianna M Glynn

Title: Counselor