United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Karl R. Dalrymple  
    Debtor

Case No. 19-11584-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jun 30, 2022      Form ID: 138OBJ      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karl R. Dalrymple, 1721 31st St. SW, Allentown, PA 18103-6428 |
| 14288051 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine Weiner, 21210 Erwin St, Woodland Hills, CA 91367-3714 |
| 14421093 | + | Law Office of Kevin K. Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 14288059 | + | Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Stuie 1400, Philadelphia, PA 19103-1821 |
| 14307113 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, C/O Kevin G. McDonald, 701 Market Street, Suite 500, Philadelphia, PA. 19106-1538 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 01 2022 00:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 01 2022 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14288049 | | Email/Text: ebn@americollect.com | Jul 01 2022 00:20:00 | Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 14297735 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2022 00:23:04 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14342904 | | Email/Text: coabankruptcy@allentownpa.gov | Jul 01 2022 00:20:00 | City of Allentown, 435 HAMILTON ST, ALLENTOWN, PA 18101 |
| 14288050 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2022 00:22:59 | Cach, LLC, 4340 S. Monaco St., Unit 2, Denver, CO 80237-3485 |
| 14326621 | | Email/PDF: bncnotices@becket-lee.com | Jul 01 2022 00:22:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14302970 | + | Email/Text: legal@castlecredit.com | Jul 01 2022 00:20:00 | Castle Credit Co Holdings, LLC, 20 North Wacker Drive, Suite 2275, Chicago, Illinois 60606-3096 |
| 14288052 | + | Email/Text: legal@castlecredit.com | Jul 01 2022 00:20:00 | Castle Credit Co., 8430 W Bryn Mawr Ave, Chicago, IL 60631-3475 |
| 14288053 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 01 2022 00:21:00 | Credit Control Service, 725 Canton St, Norwood, MA 02062-2679 |
| 14288055 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 01 2022 00:23:09 | Home Depot/CitiBank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14288056 | | Email/Text: Bankruptcy@ICSystem.com | Jul 01 2022 00:20:00 | IC Systems, 444 Highway 96 E, Saint Paul, MN 55127-2557 |

Case 19-11584-pmm   Doc 82   Filed 07/02/22   Entered 07/03/22 00:29:50   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14288057 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 01 2022 00:20:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14288060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2022 00:22:58 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541-0000 |
| 14330114 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2022 00:23:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14294477 | | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2022 00:20:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14531345 | + | Email/Text: RASEBN@raslg.com | Jul 01 2022 00:20:00 | Wilmington Savings Fund Society, c/o Robertson, Anschutz, Schneid & Crane, 10700 Abbott's Bridge Road, Suite 170,, Duluth, GA 30097-8461 |
| 14522390 | + | Email/Text: bkteam@selenefinance.com | Jul 01 2022 00:20:00 | Wilmington Savings Fund Society, FSB,, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 14330308 | + | Email/Text: bkenotice@rushmorelm.com | Jul 01 2022 00:20:00 | Wilmington Savings Fund Society, FSB, et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14288054 | ## | Ditech Financial, PO Box 6172, Rapid City, SD 57709-6172 |
| 14288058 | ##+ | Penn Credit, 916 S 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 02, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Selene Finance LP  as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society cwohlrab@raslg.com |
| KEVIN G. MCDONALD | |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 30, 2022 | Form ID: 138OBJ | Total Noticed: 24

    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

**KEVIN G. MCDONALD**
    on behalf of Creditor Wilmington Savings Fund Society  FSB bkgroup@kmllawgroup.com

**KEVIN K. KERCHER**
    on behalf of Debtor Karl R. Dalrymple kevinkk@kercherlaw.com kevin@kercherlaw.com

**REBECCA ANN SOLARZ**
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

**ROLANDO RAMOS-CARDONA**
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

**SCOTT F. WATERMAN (Chapter 13)**
    ECFMail@ReadingCh13.com

**Scott F Waterman**
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Karl R. Dalrymple
       Debtor(s)                                         Case No: 19−11584−pmm
                                                                                   Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        United States Bankruptcy Court
                     Office of the Clerk, Gateway Building
                         201 Penn Street, 1st Floor
                             Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/30/22