| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-11584-PMM

KARL R. DALRYMPLE  
1721 31ST ST. SW  
ALLENTOWN  PA    18103-6428

Petition Filed Date: 03/15/2019  
341 Hearing Date: 04/30/2019  
Confirmation Date: 10/17/2019

Case Status: Completed on 5/18/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $2,200.00 | | 04/20/2021 | $400.00 | | 04/23/2021 | $800.00 | |
| 05/24/2021 | $800.00 | | 06/04/2021 | $1,150.00 | | 06/23/2021 | $1,150.00 | |
| 07/26/2021 | $1,150.00 | | 08/23/2021 | $1,150.00 | | 09/23/2021 | $1,150.00 | |
| 10/25/2021 | $1,150.00 | | 12/28/2021 | $1,150.00 | | 01/25/2022 | $1,150.00 | |
| 03/04/2022 | $200.00 | | 05/18/2022 | $200.04 | | | | |

**Total Receipts for the Period:  $13,800.04    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $34,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,710.00 | $1,710.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »»  001 | Unsecured Creditors | $100.00 | $7.18 | $92.82 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR <br> »»  002 | Unsecured Creditors | $100.00 | $7.18 | $92.82 |
| 3 | CACH, LLC <br> »»  003 | Unsecured Creditors | $496.55 | $35.70 | $460.85 |
| 4 | CASTLE CREDIT CORPORATION <br> »»  004 | Unsecured Creditors | $3,073.02 | $220.92 | $2,852.10 |
| 5 | BECKET & LEE, LLP <br> »»  005 | Unsecured Creditors | $873.28 | $62.78 | $810.50 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES <br> »»  006 | Unsecured Creditors | $476.75 | $34.27 | $442.48 |
| 7 | SELENE FINANCE LP <br> »»  007 | Mortgage Arrears | $25,587.92 | $25,587.92 | $0.00 |
| 8 | CITY OF ALLENTOWN <br> »»  008 | Secured Creditors | $3,444.51 | $3,444.51 | $0.00 |
| 9 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CAINE AND WEINER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | CREDIT CONTROL SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | HOME DEPOT / CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | I.C. SYSTEM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | PENN CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-11584-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,100.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $31,110.46 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,989.54 | Total Plan Base: | $34,100.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.